2023R00752/GMB

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jessica S. Allen, U.S.M.J. |
| | : | |
| v. | : | Mag. No. 24-8025 |
| | : | |
| BARSHAY JACOBS, | : | **CRIMINAL COMPLAINT** |
| a/k/a "Barshay Evans" | : | |

I, Aaron Perkins, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

## SEE ATTACHMENT A

I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this complaint is based on the following facts:

## SEE ATTACHMENT B

continued on the attached pages and made a part hereof.

/s/ Aaron Perkins
Aaron Perkins, Special Agent
Federal Bureau of Investigation

Special Agent Aaron Perkins attested to this Affidavit by telephone pursuant to F.R.C.P. 4.1(B)(2)(A) on this 14th day of February, 2024.

/s/ Jessica S. Allen
Hon. Jessica S. Allen
United States Magistrate Judge

## ATTACHMENT A

### Count One
### (Possession of a Firearm and Ammunition by a Convicted Felon)

On or about June 29, 2023, in Hudson County, in the District of New Jersey, and elsewhere, the defendant,

**BARSHAY JACOBS,**
a/k/a "Barshay Evans,"

knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, namely, a Haskell Manufacturing, Inc. model JHP .45 caliber semiautomatic pistol, bearing serial number X4132055, and at least three rounds of .45 caliber ammunition, and the firearm and ammunition were in and affecting interstate commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

- 2 -

**Count Two**
**(Possession of a Firearm and Ammunition by a Convicted Felon)**

On or about July 7, 2023, in Hudson County, in the District of New Jersey, and elsewhere, the defendant,

**BARSHAY JACOBS,**
**a/k/a "Barshay Evans,"**

knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, namely, a Haskell Manufacturing, Inc. model JHP .45 caliber semiautomatic pistol, bearing serial number X4132055, which was loaded with nine rounds of "Blazer 45 Auto" ammunition and one round of "Blazer 45 Auto" ammunition in the chamber, and 25 additional rounds of "Blazer 45 Auto" ammunition, and the firearm and ammunition were in and affecting interstate commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## **ATTACHMENT B**

       I, Aaron Perkins, am a Special Agent with the Federal Bureau of Investigation.  The information contained in the complaint is based upon my personal knowledge, as well as information obtained from other sources, including: (a) statements made or reported by various witnesses with knowledge of relevant facts; (b) my review of publicly available information; and (c) my review of evidence, including video surveillance and other documents.  Because this complaint is being submitted for a limited purpose, I have not set forth every fact that I know concerning this investigation.  Where the contents of documents and the actions and statements of others are reported, they are reported in substance and in part, except where otherwise indicated.  Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

       1.    On or about June 29, 2023, members of the Jersey City Police Department (the "Officers") responded to the area of Fulton Avenue and Ocean Avenue in Jersey City, New Jersey after receiving reports that an individual (the "Victim") had been shot.  Upon arrival, the Officers observed that the Victim had sustained multiple gunshot wounds.  One "Blazer 45 Auto" spent shell casing was recovered beside the Victim and two "Blazer 45 Auto" spent shell casings were recovered in the area nearby.  After further investigation, including a review of CCTV and video surveillance footage, law enforcement identified the shooter of the Victim as Barshay Jacobs, a/k/a "Barshay Evans" ("JACOBS").

       2.    On or about July 7, 2023, JACOBS drove a white Nissan Altima (the "Nissan") to the area of Martin Luther King Drive and Bostwick Avenue in Jersey City, New Jersey with an unidentified male (the "UM") in the passenger seat.  JACOBS and the UM exited the Nissan and walked to a liquor store nearby.  Law enforcement observed JACOBS standing in front of the liquor store and placed him under arrest.  Law enforcement then impounded the Nissan pending the application of a search warrant.

       3.    On or about July 17, 2023, law enforcement executed a judicially authorized search warrant on the Nissan.  During the search of the Nissan, law enforcement recovered from a black garbage bag in the back seat one Haskell Manufacturing, Inc. model JHP .45 caliber semiautomatic pistol, bearing serial number X4132055 (the "Firearm"), which was loaded with nine rounds of "Blazer 45 Auto" ammunition and one round of "Blazer 45 Auto" ammunition in the chamber.  Law enforcement also recovered from the center console of the Nissan one box of "Blazer 45 Auto" ammunition, which contained 25 rounds of ammunition (together with the ammunition recovered from the scene of the shooting on June 29, 2023, as well as the ammunition loaded in the Firearm, the "Ammunition").

4.	Law enforcement subsequently submitted the Firearm and Ammunition for testing, which revealed that the "Blazer 45 Auto" spent shell casings recovered from the scene of the shooting on June 29, 2023 were discharged from the Firearm and also matched the Ammunition recovered from the Nissan.

5.	The Firearm and Ammunition were manufactured outside of the State of New Jersey and thus traveled in interstate commerce prior to June 29, 2023.

6.	JACOBS was previously convicted of at least one crime punishable by a term of imprisonment exceeding one year. For example, on or about February 14, 2019, JACOBS was convicted in the Superior Court of New Jersey, Hudson County, of Aggravated Assault with a Firearm, in violation of N.J.S.A. 2C:12-1B(4), for which he was sentenced to five years' imprisonment.

7.	JACOBS was also previously convicted on or about April 11, 2014, in the Superior Court of New Jersey, Hudson County, of Recklessly Causing the Death of Another, in violation of N.J.S.A. 2C:11-4B(1), for which he was sentenced to eight years' imprisonment.

8.	In addition to the two prior convictions set forth above, both of which resulted from shooting incidents, JACOBS also has two juvenile adjudications:

   a. On or about January 26, 2007, JACOBS was adjudicated delinquent of Aggravated Assault with a Firearm, in violation of N.J.S.A. 2C:12-1B(4), Possession of a Firearm for an Unlawful Purpose, in violation of N.J.S.A. 2C:39-4A, and Unlawful Possession of a Handgun, in violation of N.J.S.A. 2C:39-5B, for which he was sentenced to three years' imprisonment.

   b. On or about April 30, 2004, JACOBS was adjudicated delinquent of Aggravated Assault, in violation of N.J.S.A. 2C:12-1B(2), for which he was sentenced to a term of imprisonment of one year.